**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BARBARA HOLLAUS,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05392

Judge Virginia M. Kendall

Magistrate Judge Laura K. McNally

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | UNITOP |
| 2 | MOLSHINE Direct |
| 3 | ARTSHU |
| 4 | MING JIN DIRECT |
| 5 | Yelia Store |
| 6 | TOPWEBKING |
| 7 | Hongsheng Co., Ltd |
| 8 | HuaGou Official Store |
| 9 | PVTHIEN |
| 10 | YOYOGIFT |
| 11 | YAGU Co. ltd |
| 12 | hao department store |

1