**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BARBARA HOLLAUS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05392

Judge Virginia M. Kendall

Magistrate Judge Laura K. McNally

## DECLARATION OF BARBARA HOLLAUS

I, Barbara Hollaus, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Barbara Hollaus Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an illustrator and graphic designer whose style is defined by pastel colors and fine lines. My work is often described as peaceful, comforting, and minimalistic. Nature is a big source of inspiration for me. I love to include floral elements in my illustrations, as well as celestial motifs like the sun, moon, and stars. I also like to incorporate motivational quotes and sayings, because I want people to feel empowered when they view my pieces. I have been drawing for as long as I can remember. I studied graphic design in college, including courses on drawing and visual communication. In school, I began experimenting with my hand drawn images in Photoshop. While editing and recoloring my art, I felt like

1

the possibilities were endless. I love that as an artist I can recreate whatever comes to mind and express myself through my work. My work is available for purchase as prints and on various products including pillows, textiles, stationery, rugs, home décor, and apparel.

4.      I am the official source of products associated with the Barbara Hollaus Works (the "Barbara Hollaus Products"):



https://www.redbubble.com/people/barlena/shop?asc=u

5.      I am the owner of the copyright registrations for the Barbara Hollaus copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-407-559; and VA 2-407-601 (the "Barbara Hollaus Works"). True and correct copies of the copyright registrations for the Barbara Hollaus Works are attached as **Exhibit 1.**

6.      I control the quality of all materials and content that feature the distinctive Barbara Hollaus Works.

7.      Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Barbara Hollaus Works. As a result, the image is widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8.      The success of the Barbara Hollaus Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in [Amended] Schedule A attached to the Complaint ("Defendant Internet Stores”), which were offering for sale, selling, and importing unauthorized versions of the Barbara Hollaus Works to consumers in this judicial district and throughout the United States.

9.      I am aware of investigations related to internet-based infringement of the Barbara Hollaus Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Barbara Hollaus Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Barbara Hollaus Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage

to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Barbara Hollaus Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Barbara Hollaus copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Barbara Hollaus Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Barbara Hollaus Works are meant to be exclusive rights.

13. The marketing and distribution of the Barbara Hollaus Works and derivative works are aimed at growing and sustaining sales. When infringers use the Barbara Hollaus Works without authorization, the exclusivity associated with the Barbara Hollaus Works, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Barbara Hollaus Works create the impression that the copyright rights associated with the Barbara Hollaus Works may be infringed with impunity. The Barbara Hollaus Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use Barbara Hollaus Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the

Barbara Hollaus Works cannot be compensated for financially since it erodes my ability to monetize Barbara Hollaus Works.

15.     I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026

*Barbara Hollaus*

———————————————

Barbara Hollaus

5