Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-407-559

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Don't Stop |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 25, 2017 |
| **Nation of 1st Publication:** | Austria |

## Author

| | |
|---|---|
| • **Author:** | Barbara Hollaus |
| **Pseudonym:** | Barlena |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Austria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barbara Hollaus |
| | Dornaustr. 602, Mayrhofen, 6290, Austria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Barbara Hollaus |
| **Email:** | mail2barbara@gmx.at |
| **Address:** | Dornaustr. 602 |
| | Mayrhofen 6290 Austria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-407-601

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Pizza |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 12, 2018 |
| **Nation of 1st Publication:** | Austria |

## Author

| | |
|---|---|
| **Author:** | Barbara Hollaus |
| **Pseudonym:** | Barlena |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Austria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barbara Hollaus |
| | Dornaustr. 602, Mayrhofen, 6290, Austria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Barbara Hollaus |
| **Email:** | mail2barbara@gmx.at |
| **Address:** | Dornaustr. 602 |
| | Mayrhofen 6290 Austria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

