**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Barbara Hollaus

          Plaintiff,

v.                Case No.:
                1:26–cv–05392

                Honorable Virginia M.
                Kendall

The Partnerships and Unincorporated Associations
Identified on Schedule A

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2026:

   MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff filed a renewed ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication [23]. The Court grants Plaintiff's motion as it now comports with the Court's Standing Order – Schedule A. (Id.) The Court also grants Plaintiff's motion for leave to file under seal [21] and to file excess pages [22]. Sealed Order to follow. Motion for leave to file [21] is granted; Motion for leave to file excess pages [22] is granted; Motion for Exparte [23] is grantedMailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.