**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:  Barbara Hollaus v. Schedule A Defendants    Case Number: 1:26-cv-5392

An appearance is hereby filed by the undersigned as attorney for:

MOLSHINE Direct

Attorney name (type or print): Mingbo Ye

Firm: Veritas Light Law Group PC

Street address: 4043 Von Karman Ave, Suite 290

City/State/Zip: Newport Beach, CA 92660

Bar ID Number: TX Bar No. 24124835    Telephone Number: 832-462-0087
(See item 3 in instructions)

Email Address: mingboye@veritaslightlaw.com

Are you acting as lead counsel in this case?    ☑ Yes   ☐ No

Are you a member of the court's general bar?    ☑ Yes   ☐ No

Are you a member of the court's trial bar?    ☐ Yes   ☑ No

Are you appearing *pro hac vice*?    ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  July 29, 2026

Attorney signature:  S/Mingbo Ye
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023