**UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION**

BARBARA HOLLAUS,

      Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05392

Judge Virginia M. Kendall

Magistrate Judge Laura K. McNally

**(UNOPPOSED) DEFENDANT MOLSHINE DIRECT'S MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant, MOLSHINE Direct ("Defendant"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for an extension of time to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1.      Plaintiff filed the Complaint in this matter on May 11, 2026. Defendant was served on or about June 16, 2026. Defendant's original deadline to answer or otherwise respond to the Complaint was July 7, 2026.

2.      Defendant is a foreign-based entity that faced significant logistical challenges in understanding the U.S. legal process and identifying and retaining specialized counsel in the United States. Upon retaining the undersigned on July 27, 2026, counsel immediately contacted Plaintiff's counsel regarding the requested extension. Counsel now enters an appearance and files this Motion on Defendant's behalf.

3.      Defendant requests an extension of time, through August 14, 2026 to answer or otherwise respond to the Complaint.

1

4.      This Court may, for good cause, extend the time on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). The determination is an equitable one, considering the prejudice to the opposing party, the length and reason for the delay, and whether the movant acted in good faith. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

5.      Each factor favors granting the extension. Plaintiff suffers no prejudice, indeed, Plaintiff's counsel has agreed to the requested extension. The delay responding resulted from the well-recognized difficulties a foreign entity faces in retaining U.S. counsel rather than bad faith or the purpose of delay.

6.      The undersigned was recently retained and requires adequate time to investigate the facts of this case, evaluate Defendant's potential defenses, and prepare an appropriate response. Additionally, Defendant intends to explore settlement with Plaintiff, and the requested extension will provide the parties a meaningful opportunity to negotiate a resolution before the expenditure of further judicial and party resources on responsive pleading practice.

7.      This is Defendant's first request for an extension or scheduling modification in this matter.

8.      The undersigned counsel conferred with counsel for Plaintiff via email on July 27, 2026 regarding the relief requested herein. Plaintiff's counsel has agreed to the requested extension and does not oppose this Motion.

**WHEREFORE**, Defendant respectfully requests that this Court grant this Motion for Extension of Time and extend the deadline to answer or otherwise respond to August 14, 2026, and for such other relief as the Court deems just and proper.

Dated: July 29, 2026

Respectfully submitted,
/s/ Mingbo Ye
Mingbo Ye
VERITAS LIGHT LAW GROUP, P.C.
4340 Von Karman Ave Suite 290
Newport Beach CA 92660
Telephone: 832-462-0087
Email: mingboye@veritaslightlaw.com

*Attorney for Defendant MOLSHINE Direct*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on July 29, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.


<u>/s/Mingbo Ye</u>
Mingbo Ye