**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA HOLLAUS,<br><br>     Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br><br>     Defendants. | Case No.: 1:26-cv-05392<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Laura K. McNally |

**[PROPOSED] ORDER GRANTING DEFENDANT MOLSHINE DIRECT'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on Defendant MOLSHINE Direct's

Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's

Complaint, and the Court being fully advised in the premises, and Plaintiff having no objection

thereto:

IT IS HEREBY ORDERED that Defendant MOLSHINE Direct's Motion for Extension

of Time is GRANTED. Defendant MOLSHINE Direct shall answer or otherwise respond to

Plaintiff's Complaint on or before August 14, 2026.


SO ORDERED.


SIGNED this _____ day of _____, 2026.

1

_____
Honorable Virginia M. Kendall
United States District Judge