**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA HOLLAUS, | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-05392 |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge Virginia M. Kendall |
| | Magistrate Judge Laura K. McNally |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, August 4, 2026, at 9:30 a.m., Defendant, by Defendant's counsel, shall appear in person before the Honorable Judge Virginia M. Kendall of the U.S. District Court for the Northern District of Illinois and present Defendant MOLSHINE Direct's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: July 29, 2026

Respectfully submitted,
/s/ Mingbo Ye
Mingbo Ye
VERITAS LIGHT LAW GROUP, P.C.
4340 Von Karman Ave Suite 290
Newport Beach CA 92660
Telephone: 832-462-0087
Email: mingboye@veritaslightlaw.com

*Attorney for Defendant MOLSHINE Direct*

1

**CERTIFICATE OF SERVICE**


The undersigned attorney hereby certifies on July 29, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.


/s/Mingbo Ye
Mingbo Ye

2